FILED
CO-386-online
JUL 2 5 2007 
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Young America's Foundation )
)
)
)
  vs          Plaintiff    )     Case: 1:07-cv-01351
)         Assigned To : Bates, John D.
)         Assign. Date : 7/25/2007
Robert M. Gates, Secretary, U.S. )   Description: General Civil
Department of Defense, )
)
            Defendant     )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Young America's Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Young America's Foundation__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

378906
BAR IDENTIFICATION NO.

William Perry Pendley
Print Name

2596 South Lewis Way
Address

Lakewood     CO     80227
City         State      Zip Code

(303) 292-2021
Phone Number

2