# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Young America's Foundation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-CV-01351 |
| | ) |
| Robert M. Gates, Secretary, | ) |
| United States Department of | ) |
| Defense | ) |
| | ) |
| Defendants. | ) |

## FEDERAL DEFENDANT'S NOTICE OF APPEARANCE OF PAUL G. FREEBORNE

PLEASE TAKE NOTICE that Paul G. Freeborne hereby enters his appearance on behalf of the federal defendants. Mr. Freeborne's address for regular U.S. mail is:

> Paul G. Freeborne
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044

Mr. Freeborne's address for overnight mail and hand delivery is:

> Paul G. Freeborne
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue N.W., Room 6108
> Washington, D.C. 20001

Mr. Freeborne may be reached by phone at (202) 353-0543. Faxes for Mr. Freeborne should be sent to (202) 616-8460, and e-mail may be sent to paul.freeborne@usdoj.gov.

                    Respectfully submitted,

                    PETER D. KEISLER
                    Assistant Attorney General

                    VINCENT M. GARVEY
                    Deputy Branch Director

                    /s/ Paul G. Freeborne
                    PAUL G. FREEBORNE
                    Trial Attorney
                    U.S. Department of Justice
                    Civil Division, Federal Programs Branch
                    20 Massachusetts Avenue, N.W.
                    Room 6108
                    Washington, D.C. 20530
                    Tel: (202) 353-0543
                    Fax: (202) 616-8460
                    email:  paul.freeborne@usdoj.gov

Dated: September 14, 2007                    Attorney for Federal Defendant