## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Young America's Foundation, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-01351 |
| | ) | |
| Robert M. Gates, Secretary, United | ) | |
| States Department of Defense | ) | |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Young America's Foundation, hereby moves for a 30 day extension of time, to and including December 7, 2007, in which to file an Opposition to Defendant's Motion to Dismiss.  The grounds for this Motion are as follows:

1.    On October 9, 2007, Defendant Robert A. Gates filed and served, *via* the electronic case filing system, a Motion to Dismiss Plaintiff's Complaint.

2.    Pursuant to Local Civil Rule 7(b), the deadline for filing Plaintiff's opposition is Tuesday, October 23, 2007.

3.    The undersigned attorney, who is lead counsel for Plaintiff and who is responsible for preparing and filing the Opposition, will be unable to file the Opposition by the current deadline due to a responsibility in another case.  Specifically, the undersigned is preparing a Petition for a *Writ of Certorari* to the United States Supreme Court which is due on Monday, October 22, 2007.  Despite an intention to work diligently

on the Opposition in this case, the undersigned anticipates that his schedule will not permit him to finalize the Opposition in time to meet the October 23, 2007 filing deadline.

4.      Counsel for Defendants, Paul G. Freeborne, was consulted with respect to this Motion for Extension of Time and has no opposition to the granting thereof.

WHEREFORE, Plaintiff, Young America's Foundation, respectfully requests an additional 30 days, to and including December 7, 2007, in which to file an Opposition to Defendants Motion to Dismiss.

DATED this 17th day of October 2007.

Respectfully Submitted By:


/s/ William Perry Pendley
William Perry Pendley, Esq.
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of October, 2007, I served a true and accurate copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** and **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** via the USDC CM/ECF electronic filing system to the following:

Paul Freeborne
U.S. DEPARTMENT OF JUSTICE
Tax Division
555 Fourth Street, NW
Washington, DC 20001
(202) 353-0543
Fax: (202) 616-8460
Email: paul.freeborne@usdoj.gov

/s/ Elizabeth Gallaway
Elizabeth Gallaway, Esq.
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227
(303) 292-2021
egallaway@mountainstateslegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Young America's Foundation,     ) | |
|        ) | |
|      *Plaintiff,*   ) | |
|        ) | |
| v.        ) | Case No. 1:07-CV-01351 |
|        ) | |
| Robert M. Gates, Secretary, United   ) | |
| States Department of Defense   ) | |
|        ) | |
|      *Defendant*.   ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

THIS MATTER having come before this Court on Plaintiffs' Unopposed Motion For An Extension Of Time To File An Opposition To Defendant's Motion To Dismiss, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs' Brief in Opposition To Defendant's Motion To Dismiss shall be filed on or before December 7, 2007.

DATED this 17th day of October, 2007.

_____
Judge John D. Bates
U.S. District Court for the District of Columbia