# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Young America's Foundation, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01351-JDB |
| | ) | |
| Robert M. Gates, Secretary, United States Department of Defense, | ) ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COME NOW Plaintiff, Young America's Foundation, by and through its attorney, hereby moves, pursuant to Fed. R. Civ. Proc. 15(a)(1)(A) and Local Rule of Procedure 15, for leave to file an Amended Complaint. The grounds for this motion are as follows:

1.     Fed. R. Civ. Proc. 15(a)(1)(A) provides that a party may amend its pleading once as a matter of course before being served with a responsive pleading.

2.     Because Defendant has yet to file a responsive pleading, Plaintiff may amend its Complaint as a matter of course.

WHEREFORE, Plaintiff respectfully requests leave to file the Amended Complaint that is lodged concurrently herewith.

DATED this 7th day of December 2007.

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION

/s/ William Perry Pendley

William Perry Pendley, Esq. (D.C. Bar No. 378906)
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 7th day of December, 2007, I filed the attached Plaintiff's Motion for Leave to File Amended Complaint and Proposed Order Granting Plaintiff's Motion For Leave To File An Amended Complaint electronically through the CM/ECF system, which caused the following to be served by electronic means:

Paul Freeborne
U.S. DEPARTMENT OF JUSTICE
Tax Division
555 Fourth Street, NW
Washington, DC 20001
(202) 353-0543
(202) 616-8460 (fax)
paul.freeborne@usdoj.gov

I HEREBY CERTIFY that also on the 7th day of December, 2007, I served a copy of Plaintiff's Amended Complaint on Mr. Freeborne by U.S. Mail at the address listed above.

/s/ William Perry Pendley
William Perry Pendley, Esq.
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Young America's Foundation, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Robert M. Gates, Secretary, United States | ) |
| Department of Defense, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

Case No. 1:07-cv-01351-JDB

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

THIS MATTER having come before this Court on Plaintiff's Motion for Leave to File an

Amended Complaint, and this Court having reviewed the Motion and being otherwise fully

advised in the premises:

IT IS HEREBY ORDERED that on Plaintiff's Motion for Leave to File an Amended

Complaint is GRANTED.

DATED this ___ day of _____ 2007.

Judge John D. Bates
U.S. District Court for the District of Columbia