**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Young America's Foundation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-01351 |
| | ) | |
| Robert M. Gates, Secretary, | ) | |
| United States Department of | ) | |
| Defense | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**AND ENLARGEMENT OF THE PAGE LIMIT**
**FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant, Robert M. Gates, Secretary, United States Department of Defense ("Secretary"), requests that the Secretary be permitted until January 14, 2008 to respond to plaintiff's amended complaint, and to file a reply brief in support of the Secretary's motion to dismiss. The grounds for this Motion are as follows:

1. On October 9, 2007, 60 days after receiving service of plaintiff's original complaint, the Secretary timely moved to dismiss the action.

2. Following a consented to extension of time to file an opposition to this motion, plaintiff filed, on December 7, 2007, an amended complaint setting forth and an additional cause of action, new allegations, and an affidavit from plaintiff's director of military outreach in purported support of its associational standing.

3. So that the Secretary can have sufficient time to review the amended complaint and affidavit, the Secretary requests that the Court permit him until January 14, 2008 to file his reply in support of his motion to dismiss. Counsel for plaintiff, Elizabeth Gallaway, Esq., has been consulted regarding this extension of time and has no opposition to the granting of the extension.

4. The Secretary also requests that he be permitted 15 pages in his reply brief to respond to the amended complaint and the other issues raised in opposition to the Secretary's motion to dismiss. The Secretary believes that addressing these issues in one document will serve the Court in its consideration of the case. Counsel for plaintiff has been consulted regarding this request and has no opposition to the granting of the requested enlargement of the page limitation.

The Secretary requests that the Court grant this motion. A proposed order is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

                                        /s/ Paul G. Freeborne
                                        PAUL G. FREEBORNE
                                        Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., NW,
                                        Washington, D.C. 20530
                                        Tel: (202) 353-0543
                                        Fax: (202) 616-8460

Dated: December 10, 2007                    *Counsel for the Federal Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
Young America's Foundation,             )
                                        )
                 Plaintiff,             )
                                        )
        v.                              )   Case No. 1:07-CV-01351
                                        )
Robert M. Gates, Secretary,             )
United States Department of             )
Defense                                 )
                                        )
                 Defendants.            )
_____)

**<u>ORDER</u>**

Upon consideration of the Defendant's Unopposed Motion for Extension of Time and Enlargement of the Page Limit for Defendant's Reply in Support of Defendant's Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED. The Defendant shall file one consolidated reply addressing any issues raised in Plaintiff's amended complaint and those raised in Plaintiff's opposition to Defendant's motion on or before January 14, 2008. The Defendant shall be permitted to file a brief not exceeding 15 pages in support of his motion to dismiss.


Dated _____, 2007          _____
                                    John D. Bates
                                    United States District Judge