UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOUNG AMERICA'S FOUNDATION,

Plaintiff,

v.

ROBERT M. GATES, Secretary, United States Department of Defense,

Defendant.

Civil Action No. 07-01351 (JDB)

### ORDER

Upon consideration of [13] the Secretary's renewed motion to dismiss, the opposition, reply, and sur-reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that this case is hereby **DISMISSED**.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date: June 12, 2008

-1-