William Perry Pendley, D.C. Bar No. 378906
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Young America's Foundation, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:07-cv-01351-JDB |
| v. ) | |
| ) | |
| Robert M. Gates, Secretary, United States ) | |
| Department of Defense, ) | |
| ) | |
| *Defendant.* ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

NOTICE is hereby given that Plaintiff, Young America's Foundation, hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's Order, entered June 12, 2008, granting Defendant's Renewed Motion to Dismiss and dismissing the case.

DATED this 7th day of August 2008.

**RECEIVED**

AUG 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION


/s/ William Perry Pendley
William Perry Pendley, D.C. Bar No. 378906
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of August, 2008, I served the foregoing PLAINTIFF'S NOTICE OF APPEAL by U.S. mail, first class, prepaid, to:

**Paul Freeborne**
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 353-0543
(202) 616-8460 (fax)
paul.freeborne@usdoj.gov


/s/ William Perry Pendley
William Perry Pendley, Esq.
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)